# United States District Court
# For The Western District of North Carolina
# Asheville Division

Tron Tyrone Dixon-Reid,

    Plaintiff(s),

vs.

United States of America,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

1:11cv33

DECISION BY COURT.  This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 2/22/11 Order.

Signed: February 22, 2011

Frank G. Johns, Clerk
United States District Court